UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | **2:26-cv-00541-MCS-RAO** | Date | February 4, 2026 |
|---|---|---|---|
| Title | *Kaplan v. Bessent* | | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE**

Plaintiff Charles Kaplan, a self-represented litigant, brings this lawsuit against federal and California tax authorities. (Compl., ECF No. 1.) A document the Court mailed to Plaintiff's address of record was returned as undeliverable. (ECF No. 14.) Local Rule 41-6 provides, "If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute."

The Court orders Plaintiff to show cause why the case should not be dismissed for failure to prosecute and failure to keep the Court aware of his current address. Plaintiff shall respond in writing within 14 days. The Court will accept as a response a notice of change of address. Failure to file a timely and satisfactory response will result in dismissal without further notice. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**