**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES KAPLAN,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT BESSENT (IRS COMMISSIONER), MR. LAROCHELLE, CALIFORNIA FRANCHISE TAX BOARD, and ASHLEIGH UNIT 622,<br><br>Defendants. | Case No. 2:26-cv-00541-MCS-RAO<br><br>**JUDGMENT** |

Pursuant to the Court's Orders Re: Motions to Dismiss, it is ordered, adjudged, and decreed that this action is dismissed on the basis that all named defendants are immune from Plaintiff Charles Kaplan's claims for relief. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: August 18, 2026

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE